ELMER F. EDSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHARLES H. THOMAS, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Estate of JOHN P. COLEGROVE, Deceased. EDWIN F. HOY, as Executor and Trustee, etc., and Others, Appellants; ANN FRANK COLEGROVE and Another, Respondents, Appellants.— Decree modified by striking out the allowance of costs to the contestants and as so modified the decree is affirmed, without costs of this appeal to either party. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION RENTAL COMPANY, Respondent, v. THOMAS F. BYRNES and Others, as and Constituting the STATE BOARD OF TAX COMMISSIONERS, Appellants.— Order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL P. MURPHY, Appellant.— Judgment of conviction and orders reversed and new trial granted. Held, in view of the importance attached to the letters and papers constituting the alleged newly-discovered evidence, if genuine, from the standing point of the learned trial judge, we think the question of their genuineness should be passed upon by a jury. All concurred, except Foote, J., not voting.

NEWTON B. GORHAM, Respondent, v. JAMES H. JACKSON, Appellant.— PER CURIAM: We are of the opinion that the papers do not satisfactorily show that the defendant was a non-resident of the State and a resident of the State of California as recited in the warrant of attachment. All concurred. Order reversed, with ten dollars costs and disbursements, and motion to vacate attachment granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WALTER LACZYNSKI, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH DI PASQUALE, Defendant.— Appeal dismissed upon stipulation filed.

ALICE F. HALLADAY, Respondent, v. GEORGE H. WORTHINGTON and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

JOHN GEIGER, SR., Appellant, v. FRED C. BROOKS and Another, Respondents.— Motion granted, allowing appellant to add to record on appeal exceptions to the decision according to the order of the Special Term.

HENRY DAHLER, an Infant, etc., Plaintiff, v. PENNSYLVANIA RAILROAD COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TURPIN, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SALAMA, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUSTUS GAYNES, Appellant.— Motion granted and appeal dismissed.